# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 5, 2006

Clifford W. Taylor,
Chief Justice

128364

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____

IN RE ESTATE OF IDA E. SPRENKLE-HILL
_____

GEORGE H. HILL,
        Petitioner-Appellee,

v

LESLIE R. FLINT,
        Respondent-Appellant,
and

DAVID H. TRIPP, Personal Representative,
        Respondent.

_____

SC: 128364
COA: 248783
Barry Probate Ct: 2002-023531-DA

On order of the Court, the order of October 7, 2005 which directed the hearing of oral argument on the application for leave to appeal is VACATED and leave to appeal is DENIED because we are no longer persuaded the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 5, 2006

_____
Clerk